BENJAMIN C. MIZER
Acting Assistant Attorney General
JONATHAN F. OLIN
Deputy Assistant Attorney General
MICHAEL S. BLUME
Director, Consumer Protection Branch
RICHARD GOLDBERG
Assistant Director, Consumer Protection Branch
JOHN W. BURKE
Trial Attorney, Consumer Protection Branch
U.S. Department of Justice
    450 Fifth Street, NW, Suite 6400 South
    Washington, D.C. 20001
    Telephone:  (202) 353-2001
    Facsimile:  (202) 514-8742
    E-mail:  Josh.Burke@usdoj.gov

STEPHANIE K. YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
ANOIEL KHORSHID
Assistant United States Attorney (California Bar #223912)
    300 N. Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    Telephone:  (213) 894-6086
    Facsimile:  (213) 894-7819
    Email:  Anoiel.Khorshid@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No.: CV 15-00379 |
| Plaintiff, | ) |
| | ) NOTICE OF LODGING: CONSENT |
| v. | ) DECREE FOR PERMANENT |
| | ) INJUNCTION AND CIVIL MONEY |
| COMMERCEWEST BANK, | ) PENALTY |
| | ) |
| Defendant. | ) |
| | ) [12 U.S.C. § 1833a, 18 U.S.C. § 1345] |

Plaintiff, the United States of America, by its undersigned attorneys, hereby lodges its: CONSENT DECREE FOR PERMANENT INJUNCTION AND CIVIL MONEY PENALTY.

DATED: March 10, 2015      Respectfully,

BENJAMIN C. MIZER
Acting Assistant Attorney General
JONATHAN F. OLIN
Deputy Assistant Attorney General
Civil Division

MICHAEL S. BLUME
Director
RICHARD GOLDBERG
Assistant Director
Consumer Protection Branch

    //s// John W. Burke

JOHN W. BURKE
Trial Attorney
Consumer Protection Branch

STEPHANIE K. YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

    //s// Anoiel Khorshid

ANOIEL KHORSHID
Assistant United States Attorney

Attorneys for Plaintiff United States of America